**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie Junior McCAIN, Defendant–
Appellant.**

No. 08–6859.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2008.

Decided: Nov. 5, 2008.

Willie Junior McCain, Appellant Pro Se.
Charlene Day, Office of the United States
Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

Before MOTZ, SHEDD, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie Junior McCain seeks to appeal
the district court's order accepting the
recommendation of the magistrate judge
and denying relief on his 28 U.S.C. § 2255
(2000) motion. The order is not appealable unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the constitutional claims by the district court is
debatable or wrong and that any dispositive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d
676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that McCain has not made the requisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*